*Wednesday, December 18, 1996*

## MOTION DOCKET

**95–2439 and 95–2441. State v. Loesser.**
Cuyahoga App. No. 66762. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion to withdraw as counsel by the Cuyahoga County Public Defender's Office and to appoint new counsel,

IT IS ORDERED by the court that the motion to withdraw be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the motion for appointment of counsel be remanded to the court of appeals for appointment of counsel.

IT IS FURTHER ORDERED by the court that the oral argument scheduled for January 7, 1997, be, and hereby is, continued.

## MISCELLANEOUS DISMISSALS

**96–2522. Martin v. Schregardus.**
Franklin App. Nos. 96APH04–433 and 93APH04–434. This cause is pending before the court as a discretionary appeal and cross-appeal. Upon consideration of the application of appellee/cross-appellant for dismissal of the cross-appeal,

IT IS ORDERED by the court that the application for dismissal of the cross-appeal be, and hereby is, granted.

The appeal of Agnes I. Martin remains pending.